IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 00-cr-00251-RPM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JASON STRIBLING,

    Defendant.


**Minute Order Entered by Senior District Judge Richard P. Matsch:**

s/M. V. Wentz
 Secretary

    A compliance review hearing is set for **October 20, 2010, at 2:00 p.m.** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.


DATED: September 28, 2010