IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 00-cr-00251-RPM-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JASON STRIBLING,

        Defendant.

---

### ORDER TERMINATING SUPERVISED RELEASE UNSATISFACTORILY

---

THIS MATTER is before the Court upon report of the probation officer regarding defendant's conduct while on supervision. On February 15, 2012, the defendant was sentenced to serve four years and six months in the Colorado Department of Corrections, it is therefore

ORDERED that the defendant's supervised release is terminated unsatisfactorily.

DATED at Denver, Colorado, this 27 day of February, 2012.

BY THE COURT:

_____
Richard P. Matsch
Senior District Judge